# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED CLERK
DISTRICT COURT

05 SEP -9 PM 4:35

TEXAS-EASTERN

BY_____

| | | |
|---|---|---|
| CHARLES RAY SMITH | § | |
| | § | |
| V. | § | CASE NO. 4:04CV421 |
| | § | (Judge Brown/Judge Bush) |
| TEXOMA MANAGEMENT, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On August 16, 2005, the Report of the Magistrate Judge was entered containing his proposed findings of fact and recommendation that Defendants' motions to dismiss be granted and that the above titled and numbered cause of action be dismissed.

Plaintiff filed timely objections on August 23, 2005. Having made a *de novo* review of the objections raised by Plaintiff, the Court is of the opinion that Plaintiff's objections are without merit and that the findings and conclusions of the Magistrate Judge are correct. The Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that Defendants' motions to dismiss are GRANTED and the above titled and numbered cause of action is DISMISSED. It is further

**ORDERED** that all motions not previously ruled on are hereby DENIED.

**SIGNED** this _9th_ day of September, 2005.

PAUL BROWN
UNITED STATES DISTRICT JUDGE